AO91 (Rev. 12/03)   Criminal Complaint                                                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    vs.

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-04794

Jose Arnoldo PARADA
IAE
El Salvador 1988

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 21, 2019** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Arnoldo PARADA was encountered by Border Patrol Agents near Hidalgo, Texas on February 21, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on February 21, 2019 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Meador, Kellen   Border Patrol Agent
Signature of Complainant

Meador, Kellen   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 22, 2019                                                       at   McAllen, Texas
Date                                                                              City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge          Title of Judge                                 Signature of Judge